**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MISSION CRITICAL PARTNERS, LLC, | No. 4:25-CV-00961 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MISSION CRITICAL TALENT PARTNERS, LLC, | |
| Defendant. | |

## <u>ORDER</u>

**MARCH 4, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Mission Critical Partners, LLC's motion for default judgment (Doc. 12) is **GRANTED**;

2.  Mission Critical is awarded a total sum of $1,331 in damages;

3.  A permanent injunction shall issue as set forth in attached Exhibit A; and

4.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge