AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| Mission Critical Partners, LLC | ) |
| *Plaintiff* | ) |
| | ) |
| Mission Critical Talent Partners, LLC | ) |
| *Defendant* | ) |

Civil Action No.  4:25-CV-00961

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Judgment is entered in favor of Plaintiff Mission Critical Partners, LLC and against Defendant Mission
Critical Talent Partners, LLC in the amount of $1,331.00 for damages pursuant to the Memorandum
Opinion and Order dated March 4, 2026.                                                                                    .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Matthew W. Brann _____ on
Memorandum Opinon and Order granting Motion for Default Judgment (Docs. 14 & 15)                              .

Date:   March 4, 2026 _____

CLERK OF COURT

*Emily C. Aikey*
*Signature of Clerk or Deputy Clerk*